UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J.L.,<br><br>*individually and on behalf of all others similarly situated,*<br><br>                              Plaintiff,<br><br>                -v.-<br><br>CAPSULE CORPORATION,<br><br>                              Defendant. | 22 Misc. 216 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On August 11, 2022, Plaintiff's counsel filed this case as a miscellaneous case. However, upon review of the filing and its attachments at docket entry 1, it appears that this case should have been filed as a civil action. Accordingly, Plaintiff's counsel is hereby ORDERED to open a new civil action electronically, and to pay the requisite filing fee. The Court GRANTS Plaintiff's motion to proceed by initials only, in order to protect Plaintiff's privacy.

The Clerk of Court is directed to close this miscellaneous case after docketing this Order.

SO ORDERED.

Dated:  August 17, 2022
        New York, New York

                                                        *Katherine Polk Failla*
                                                        _____
                                                        KATHERINE POLK FAILLA
                                                        United States District Judge